ORIGINAL

FILED-USDC-NDTX-DA
'24 AUG 12 PM 12:30

AGC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:22-CR-0326-L |
| v. | |
| GILBERT GARZA (08) | |

### FACTUAL RESUME

In support of the defendant's plea of guilty to the offense in Count Eighteen of the superseding indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2, Gilbert Garza, the defendant; the defendant's attorney, Joseph Mongaras; and the United States of America (the government) stipulate and agree to the following:

### Elements of the Offense

In order to establish the guilt of the defendant for the offense of possession with intent to distribute a controlled substance, aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2 as alleged in Count Eighteen of the superseding indictment, the government must prove each of the following elements beyond a reasonable doubt[1]:

Violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) -

*First*: That the defendant knowingly possessed a controlled substance;

*Second*: That the substance was in fact a mixture or substance containing a detectable amount of cocaine; and

*Third*: That the defendant possessed the substance with the intent to distribute it.

---

[1] Fifth Circuit Pattern Crim. Jury Instructions 2.95A and 2.04 (5th Cir. 2019).

Factual Resume—Page 1

Violation of 18 U.S.C. § 2 -

*First*: That the offense of possession of a controlled substance with intent to deliver was committed by some person;

*Second*: That the defendant associated with the criminal venture;

*Third*: That the defendant purposefully participated in the criminal venture; and

*Fourth*: That the defendant sought by action to make that venture successful.

## Stipulated Facts

Gilbert Garza admits and acknowledges that on or about June 3, 2022, in the Dallas Division of the Northern District of Texas, he, aided and abetted by others, including Carlos Thomas, knowingly possessed with intent to distribute and to distribute a mixture or substance containing a detectable amount of cocaine.

In furtherance of the investigation, law enforcement intercepted cellular phones used by Carlos Thomas and others to conduct drug transactions and communicate on drug-related issues with others. For example, on June 3, 2022, Thomas asked Gilbert Garza to "[c]ome back home with two zips of powder (meaning 56 grams of cocaine); in response, Garza initially lied and replied that "Boy, I threw that shit at they hoe. They call the laws on me. That shit is gone" and "Hell, yeah, nigga. That shit was some trash. I ain't got no where to go. I tossed that shit last night. That shit gone, bro," indicating he had already gotten rid of the drugs. After being pressed by Thomas, in a later call Garza said "I'mma be real with you because I love you to death. I really sold of both of them zips. Reed partner, nigga for a stack this morning bro." Upset by this, Thomas told Garza, "Don't fuck with my paper." Later, Thomas called Garza offering a solution in that Thomas wanted Garza to "split that bitch," meaning he would get half of the money

for which Garza sold the cocaine. Eventually, Garza offered to give Thomas $250, and Thomas said, "Yeah, and whatever else he give you bitch. We gone split it be real, just be real." The call continued, and Gilbert agreed he owed Thomas money for his half of the cocaine. Garza also communicated with ~~both Thomas and Dosmond Jamah Quiñones~~ others about trafficking marihuana on multiple occasions.

Garza agrees that he possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine and that he committed each of the essential elements of the drug trafficking offense as set out in this factual resume. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support his guilty plea to Count Eighteen as set forth in the superseding indictment.

AGREED AND STIPULATED on this 2 day of August, 2024.

_____
Gilbert Garza
Defendant

_____
Joseph Mongaras
Attorney for Defendant

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8803
Email: john.kull@usdoj.gov